| STATE OF NORTH CAROLINA | ) | IN THE GENERAL COURT OF JUSTICE |
| COUNTY OF MECKLENBURG | ) | SUPERIOR COURT DIVISION |
| | ) | 16-CVS-9812 |
| LOLEITHA (TINA) WILSON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | NOTICE OF FILING NOTICE OF REMOVAL |
| GUARDIAN PHARMACY OF PIEDMONT CAROLINAS, LLC D/B/A WINYAH PHARMACY; GUARDIAN PHARMACY, LLC, | ) | |
| Defendants. | ) | |

TO: MECKLENBURG COUNTY COURT OF JUSTICE SUPERIOR COURT DIVISION:

PLEASE TAKE NOTICE that Defendant Guardian Pharmacy of Piedmont Carolinas, LLC has on June 29, 2016, filed with the Clerk of the United States District Court for the Western District of North Carolina, Charlotte Division, a Notice of Removal of the above-captioned matter, Case No. 16-CVS-9812. A copy of the Notice of Removal is attached hereto.

> MCANGUS GOUDELOCK & COURIE, L.L.C.
>
> _/s/ Amy Y. Jenkins_
> Amy Y. Jenkins, NC Bar No. 20007
> Post Office Box 650007
> 735 Johnnie Dodds Boulevard, Suite 200
> Mt. Pleasant, South Carolina 29465
> (843) 576-2900
>
> ATTORNEYS FOR DEFENDANT GUARDIAN
> PHARMACY OF PIEDMONT CAROLINAS, INC.

June 29, 2016



| | |
|---|---|
| STATE OF NORTH CAROLINA<br>COUNTY OF MECKLENBURG | ) IN THE GENERAL COURT OF JUSTICE<br>) SUPERIOR COURT DIVISION<br>) 16-CVS-9812<br>) |
| LOLEITHA (TINA) WILSON,<br><br>Plaintiff,<br><br>vs.<br><br>GUARDIAN PHARMACY OF<br>PIEDMONT CAROLINAS, LLC D/B/A<br>WINYAH PHARMACY; GUARDIAN<br>PHARMACY, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th day of June, 2016 served a copy of *Notice of Filing Notice of Removal* by mailing copies of same, postage prepaid, in the United States mail, with sufficient postage affixed as follows:

        Loleitha Wilson
        4815 Shea Court
        Monroe, North Carolina 28110

                MCANGUS GOUDELOCK & COURIE, L.L.C.

                */s/ Amy Y. Jenkins*
                Amy Y. Jenkins, NC Bar No. 20007
                Post Office Box 650007
                735 Johnnie Dodds Boulevard, Suite 200
                Mt. Pleasant, South Carolina 29465
                (843) 576-2900

                ATTORNEYS FOR DEFENDANT GUARDIAN
                PHARMACY OF PIEDMONT CAROLINAS, INC.