IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| LOLEITHA (TINA) WILSON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GUARDIAN PHARMACY OF )<br>PIEDMONT CAROLINAS, LLC D/B/A )<br>WINYAH PHARMACY AND )<br>GUARDIAN PHARMACY, LLC, )<br>)<br>Defendants. ) | Civil Action No. 3:16-cv-00495<br><br>**PARTIAL MOTION TO DISMISS OF DEFENDANT GUARDIAN PHARMACY OF PIEDMONT CAROLINAS, LLC** |

Defendant Guardian Pharmacy of Piedmont Carolinas, LLC ("Guardian Piedmont") hereby moves for partial dismissal of the claims of Plaintiff Loleitha Wilson ("Plaintiff" or "Wilson") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. Specifically, Guardian Piedmont moves to dismiss the following causes of action because they fail to state a claim upon which relief can be granted:

(1) Count I, insofar as it purports to bring a claim for disability discrimination, retaliation or failure to accommodate a disability under Title VII of the Civil Rights Act, 42 U.S.C. § 2000e *et seq.* ("Title VII") because Title VII does not provide protections to individuals with disabilities.

(2) Count II, because this Court lacks jurisdiction over any claim brought under the North Carolina Persons with Disabilities Protection Act, N.C. Gen. Stat. § 168A *et seq.* ("NCPDPA") because Plaintiff has commenced an action under the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* ("ADA").

(3) Count II, for the additional reason that any such claim under the NCPDPA was filed beyond the statute of limitations.

(4) Count IV, insofar as Plaintiff is attempting to assert a retaliation claim under the North Carolina Equal Employment Practices Act, N.C. Gen. Stat. § 143-422.1 *et seq.* ("NCEEPA"), NCPDPA, or North Carolina Constitution, as none of these laws provides her with a plausible right of action for retaliation.

(5) Count VI, because Plaintiff has not cited a North Carolina public policy that provides a basis for a wrongful discharge public policy claim.

Guardian Piedmont is filing herewith a Memorandum of Law in support of this Motion.

MCANGUS GOUDELOCK & COURIE, L.L.C.

*s/Amy Y. Jenkins*
Amy Y. Jenkins, NC Bar No. 20007
Post Office Box 650007
735 Johnnie Dodds Boulevard, Suite 200
Mt. Pleasant, South Carolina 29465
(843) 576-2900

**ATTORNEYS FOR DEFENDANT GUARDIAN PHARMACY OF PIEDMONT CAROLINAS, LLC**

July 5, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division

| | |
|---|---|
| LOLEITHA (TINA) WILSON, ) | |
| ) | Civil Action No. 3:16-cv-00495 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GUARDIAN PHARMACY OF ) | |
| PIEDMONT CAROLINAS, LLC D/B/A ) | |
| WINYAH PHARMACY; GUARDIAN ) | |
| PHARMACY, LLC, ) | |
| ) | |
| Defendants. ) | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on 5th of July, 2016, I electronically filed the ***Partial Motion to Dismiss of Defendant Guardian Pharmacy of Piedmont Carolinas, LLC*** with the Clerk of Court using the CM/ECF system, and will also serve the pro se Plaintiff with a copy of same via U.S. Mail, postage prepaid, at the following address:

        Loleitha Wilson
        4815 Shea Court
        Monroe, North Carolina 28110

        MCANGUS GOUDELOCK & COURIE, L.L.C.

        _s/Amy Y. Jenkins_
        Amy Y. Jenkins, NC Bar No. 20007
        Post Office Box 650007
        735 Johnnie Dodds Boulevard, Suite 200
        Mt. Pleasant, South Carolina 29465
        (843) 576-2900

        **ATTORNEYS FOR DEFENDANT GUARDIAN PHARMACY OF PIEDMONT CAROLINAS, LLC**